Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Brooke Dobbins
Assistant Federal Public Defender
California Bar No. 319741
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Brooke_Dobbins@fd.org


*Attorney for Petitioner Axel Roberto Oliva Cortez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Axel Roberto Oliva Cortez, | |
| Petitioner, | Case No 2:26-cv-01202-GMN-MDC |
| v. | **Order Granting Joint Stipulation for Extension of Time to File Amended Petition** |
| Todd Blanche, *et al.*, | |
| Respondents. | |

Petitioner, Axel Roberto Oliva Cortez, and Federal Respondents, Todd Blanche and Markwayne Mullin, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an Amended Petition for Writ of Habeas Corpus. On April 21, 2026, this Court ordered Petitioner to file an amended petition within seven days of the date of filing the notice of appearance. (ECF No. 3.) The amended petition is due on May 1, 2026.

On April 30, 2026, Petitioner's counsel conferred with Federal Respondents regarding an extension of time to file an amended petition. Counsel for Federal Respondents have no objection to a seven-day extension of time, extending the deadline to May 8, 2026. This is the first request for an extension.

The parties respectfully request that the Court approve this stipulation and extend the deadline for filing an amended petition from May 1, 2026 to May 8, 2026. This request is made in good faith and not for the purpose of delay.

Dated April 30, 2026.

TODD BLANCHE
Acting Attorney General of the
United States
SIGAL CHATTAH
First Assistant United States
Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ *Tamer B. Botros*
Tamer B. Botros
Assistant United States Attorney

 */s/ Brooke Dobbins*
Brooke Dobbins
Assistant Federal Public Defender

STRUCK LOVE ACEDO, PLC

 /s/ *Ashlee B. Hesman*
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, AZ 85226
ahesman@strucklove.com

Attorneys for Respondent John Mattos

**IT IS HEREBY ORDERED** that Petitioner must file an Amended Petition no later than May 8, 2026.

**IT IS FURTHER ORDERED** that Respondents must file a Response no later than May 15, 2026, and Petitioner may file a Reply no later than May 22, 2026.

**DATED** this __1__ day of May, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2